IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LEE GURNSEY, | No. 2:07-cv-01900-MCE-KJM P |
|     Petitioner, | |
|   vs. | ORDER |
| STATE OF CALIFORNIA, et al., | |
|     Respondents. | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 30, 2008 dismissal of his application for a writ of habeas corpus for failure to exhaust state remedies. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

///

///

1    Where, as here, the petition was dismissed on procedural grounds, a certificate of
2 appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it
3 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
4 reason would find it debatable whether the petition states a valid claim of the denial of a
5 constitutional right.'"  <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v.</u>
6 <u>McDaniel</u>, 529 U.S. 473 (2000)).

7    After careful review of the entire record herein, this court finds that petitioner has not
8 satisfied the first requirement for issuance of a certificate of appealability in this case.
9 Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
10 has exhausted state remedies.  Accordingly, a certificate of appealability should not issue in this
11 action.

12    IT IS SO ORDERED.

13  Dated: October 28, 2008

15                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE